No. 1078. Long *v.* Michigan. May 28, 1934. Petition for writ of certiorari to the Supreme Court of Michigan, and motion for leave to proceed further *in forma*

*pauperis,* denied. *Mr. Henry Long, pro se.* No appearance for respondent.